UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOBBY WILLIAMS, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-19-978-G |
| STATE OF OKLAHOMA, | ) ) ) |
| Respondent. | ) ) |

# ORDER

Petitioner Bobby Williams, a state prisoner appearing pro se, initiated this action alleging that "he is not receiving the same 'liberty interest' consideration" as other inmates. Pet. (Doc. No. 1) at 2. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Bernard M. Jones for initial proceedings.

On November 15, 2019, Judge Jones issued a Report and Recommendation (Doc. No. 9), in which he recommended that the Petition be construed as seeking habeas corpus relief under 28 U.S.C. § 2241. He also recommended that the Petition be dismissed without prejudice but with leave to amend. In the Report and Recommendation, Judge Jones advised Petitioner of his right to object to the Report and Recommendation by December 6, 2019. Judge Jones also advised Petitioner that a failure to timely object would constitute a waiver of his right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

To date, Petitioner has not submitted an objection, and he has not requested an extension of time to do so. Accordingly, the Report and Recommendation (Doc. No. 9) is

ADOPTED in its entirety. The Court ORDERS as follows:

(1) The Petition is dismissed without prejudice; and

(2) Petitioner is granted leave to amend, and may file an amended petition that addresses the deficiencies noted in the Report and Recommendation within 21 days of this Order.

IT IS SO ORDERED this 30th day of March, 2020.

_____
CHARLES B. GOODWIN
United States District Judge